# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:20-1198 ) TSE-MSN |
| M. PURTILL PLUMBING, LLC, | ) ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

COME NOW Plaintiffs, by and through their attorneys, O'Donoghue and O'Donoghue LLP, and respectfully dismiss the above-styled action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

By: /s/_____
John R. Harney, Bar No. 41520
Counsel for Plaintiff Funds
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Ave., N.W.
Suite 800
Washington, DC 20015
Telephone No.: (202)362-0041
Facsimile No.:  (202)362-2640
jharney@odonoghuelaw.com

GRANTED this \_\_\_\_\_ day of
_____, 2021:

_____
United States District Judge

(cc's listed on next page)

cc:   John R. Harney, Esq.
      Rebecca Richardson, Esq.
      Jacob Szewczyk, Esq.
      Katelyn Davis, Esq.
      O'Donoghue & O'Donoghue LLP
      5301 Wisconsin Avenue, N.W., Suite 800
      Washington, D.C.  20015

      Michael Purtill, Member
      M. Purtill Plumbing, LLC
      78 Park Place
      Orchard Park, NY  14127

356712_1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 1:20-1198 ) TSE-MSN |
| M. PURTILL PLUMBING, LLC, | ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

No parties other than the Plaintiffs counsel registered.

And I hereby certify that I have mailed the document by U.S. Mail, postage prepaid to the following non-filing user:

Michael Purtill, Member
M. Purtill Plumbing, LLC
78 Park Place
Orchard Park, NY  14127
mpurtillplumbing@yahoo.com

/s/_____
John R. Harney, Bar No. 41520
Counsel for Plaintiff Funds
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Ave., NW
Washington, DC 20016
Telephone No.:  (202)362-0041
Facsimile No.:   (202)362-2640
jharney@odonoghuelaw.com

356712_1