**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 1:20-1198 ) TSE-MSN |
| M. PURTILL PLUMBING, LLC, | ) ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

COME NOW Plaintiffs, by and through their attorneys, O'Donoghue and O'Donoghue LLP, and respectfully dismiss the above-styled action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

By: _/s/_____
    John R. Harney, Bar No. 41520
    Counsel for Plaintiff Funds
    O'Donoghue & O'Donoghue LLP
    5301 Wisconsin Ave., N.W.
    Suite 800
    Washington, DC 20015
    Telephone No.: (202)362-0041
    Facsimile No.:  (202)362-2640
    jharney@odonoghuelaw.com

*So Ordered*

GRANTED this ___ day of 2021

_____
United States District Judge

(cc's listed on next page)

cc:    John R. Harney, Esq.
       Rebecca Richardson, Esq.
       Jacob Szewczyk, Esq.
       Katelyn Davis, Esq.
       O'Donoghue & O'Donoghue LLP
       5301 Wisconsin Avenue, N.W., Suite 800
       Washington, D.C.  20015

       Michael Purtill, Member
       M. Purtill Plumbing, LLC
       78 Park Place
       Orchard Park, NY  14127

356712_1